# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0923

_____

GABRIEL LAMAR OLIVER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Judicial Qualifications Commission.
Blan Teagle, Executive Director.

October 16, 2025

PER CURIAM.

     DISMISSED for lack of jurisdiction.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gabriel Lamar Oliver, pro se, Appellant.

James Uthmeier, Attorney General; Alexander Williams, Attorney for Florida Judicial Qualifications Commission, Tallahassee, for Appellee.